UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMUEL B. HOWLETT,

    Plaintiff,

v.                                              Case No: 8:21-cv-245-CEH-AAS

FASWD, LLC and ROD C.
HENDERSON,

    Defendants.
_____/

### ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 7). In accord with the Notice of Voluntary Dismissal Without Prejudice, it is

**ORDERED AND ADJUDGED** as follows:

    1)     Plaintiff's Notice of Voluntary Dismissal Without Prejudice is **APPROVED** (Doc. 7).

    2)     This cause is dismissed, without prejudice.

    3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on March 4, 2021.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record